# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DUJUAN DAVIS,**

    *Plaintiff,*

v.                                        Case No.: 4:21cv106-MW/MJF

**CARVASAL, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Plaintiff apparently was released from prison on February 19, 2021, but he did not update his address with the Clerk. His release goes to the heart of his claim, as it concerns his conditions of confinement. He is no longer subject to these conditions; thus, he is no longer facing an alleged emergency based on his confinement. Given that the Magistrate Judge recommends dismissal without prejudice, Plaintiff may refile his claim if he wishes to pursue a claim for damages.

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for failure to pay the filing fees, failure to comply with orders of this Court, and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on June 28, 2021.**

s/Mark E. Walker            
**Chief United States District Judge**